UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICOLE GIBSON,**

        **Plaintiff,**

**v.**                                                 **Case No. 8:19-CV-914-T-27SPF**

**TAMPA AIRPORT HOTEL, LLC,**

        **Defendant.**
_____/

## ORDER

      The Court has been advised that this case has been settled (Dkt. 18). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

      **DONE AND ORDERED** this 1st day of May, 2020.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:      Counsel of Record