**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NICOLE GIBSON,**

       **Plaintiff,**

v.                                                   Case No. 8:19-cv-914-T-27SPF

**TAMPA AIRPORT HOTEL, LLC,**

       **Defendant.**
_____/

## ORDER

      **BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal (Dkt. 20). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is instructed to **CLOSE** the file.

      **DONE AND ORDERED** this 1st day of July, 2020.

                                                          */s/ James D. Whittemore*

                                                           **JAMES D. WHITTEMORE**
                                                           **United States District Judge**

Copies to:      Counsel of Record